ROBERT ABBOTT AND JAMES ABBOTT, LATE MERCHANTS
IN COMPANY UNDER THE FIRM OF
ROBERT & JAMES ABBOTT

v.

JAMES FORSYTH

1811

JOURNAL ENTRIES

1. Continuance . . . . . . . . . *Journal, infra,* \*p. 395

PAPERS IN S. C. FILE

1. Copy of district court record . . . . . . . . .
2. Citation . . . . . . . . . . . . .
3. Summons and return . . . . . . . . . . .
4. Subpoena for Antoine Dequindre, Jr., William Hands,
   Jr., Charles Goüin, Jr., and Lambert Lafoy . . . . . . .

5. Statement of accounts . . . . . . . . . . . . .
6.–12. Seven orders for money and merchandise . . . . . . . .

PAPERS IN D. C. FILE

[None]